**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MONJASA A/S,

                Plaintiff,                      19 **CIVIL** 6143 (VEC)

        -against-                      **JUDGMENT**

MUND & FESTER GMBH & CO. KG,
AS SUBROGEE OF BRIESE SCHIFFAHRTS
GMBH & CO. MS KNOCK KG,
                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 6, 2020, based on the undisputed record before the Court, it is ordered and adjudged that neither Plaintiff Monjasa A/S nor Defendant Mund & Fester Gmbh & Co. Kg is a party to the arbitration agreement between Monjasa Lda and ANNA, and Plaintiff, therefore, is not required to accede to Defendant's arbitration demand. Accordingly, Plaintiff's motion for summary judgment is GRANTED; Defendant's cross-motion is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
          August 6, 2020

                                                RUBY J. KRAJICK

                                                  Clerk of Court
                      BY:

                                                  Deputy Clerk